1 KEVIN M. WELCH, ESQ. (SBN 254568)   **ORIGINAL**
2 LAW OFFICE OF KEVIN M. WELCH
  P.O. Box 494
3 Hermosa Beach, CA 90245
  Tel.: (310) 929-0553
4 Fax: (310) 698-1626
  Email: Kevin@kmwlawoffice.com

5 Attorney for the Plaintiff, RYAN AGADONI

6

7

8

9                   UNITED STATES DISTRICT COURT

10                  CENTRAL DISTRICTOF CALIFORNIA

11                      SOUTHERN DIVISION

12

13 RYAN AGADONI, an individual,            Case No.: CV09-2951 RGK (JCx)

14              Plaintiff,                 **FIRSTAMENDED COMPLAINT**
                                           **FOR DAMAGES FOR:**
15       vs.                               **(1) COPYRIGHT INFRINGEMNT;**
                                           **(2) VICARIOUS COPYRIGHT**
16 WORLDWIDE FASHION HOLDING,              **INFRINGEMENT;**
   LLC, a New York limited liability       **(3) INDUCEMENT OF COPYRIGHT**
17 company; URBAN OUTFITTERS, INC.         **INFRINGEMENT;**
   a Pennsylvania corporation;
18 AMAZON.COM INTERNATIONAL,
   INC., a Delaware corporation; JOSEPH    **JURY TRIAL DEMANDED**
19 IORIO, an individual, ROBERTO
   ROSARIO, an individual, and DOES 1
20 through 10, inclusive,

21              Defendants.

22

23

24                      **THE PARTIES**

25

26       1.      Plaintiff RYAN AGADONI is an individual and a resident of the state

27 of California whose primary residence is 15851 Landmark Dr. #6, Whittier,

28 California 90604.

FIRST AMENDED COMPLAINT FOR DAMAGES – Page 1

1        2.      Upon information and belief, Defendant URBAN OUTFITTERS,

2   INC. is a Pennsylvania corporation with a principal place of business of 5000 S.

3   Broad Street, Philadelphia, Pennsylvania 19112-1402.

4        3.      Upon information and belief, Defendant WORLDWIDE FASHION

5   HOLDING, LLC is a New York limited liability company with a principal place of

6   business at 246 West 38th Street, New York City, New York 10018, United States.

7        4.      Upon information and belief, Defendant AMAZON.COM

8   INTERNATIONAL, INC. is a Delaware corporation with corporate headquarters

9   located at 1200 12th Avenue South, Suite 1200, Seattle, Washington 98144-2734.

10       5.      Upon Information and belief, Defendant JOSEPH IORIO is an

11  individual and a resident of the state of New York whose primary residence is 15

12  Knolls Lane, Manhasset, New York 11030.

13       6.      Upon Information and belief, Defendant ROBERTO ROSARIO is an

14  individual and a resident of the state of New York whose primary residence is 97-

15  28 57th Avenue, Corona, New York 11368.

16       7.      The true names, and identities or capacities, whether individual,

17  associate, corporate or otherwise of DOES 1 through 10, inclusive, are unknown to

18  Plaintiff, who therefore sues said Defendants by fictitious names.  Plaintiff is

19  informed and believes, and on such information and belief, alleges that each of the

20  Defendants sued herein as a DOE is legally responsible in some manner for the

21  events and happenings referred to herein.  When the true names, identities and

22  capacities of such fictitiously designated Defendants are ascertained, Plaintiff will

23  ask leave of the Court to amend this complaint to insert said true names, identities

24  and capacities, together with proper charging allegations.

25  ///

26  ///

27  ///

28  ///

FIRST AMENDED COMPLAINT FOR DAMAGES – Page 2

## JURIDISCTION AND VENUE

8.    This action arises under the copyright laws of the United States, 17 U.S.C. §§101, *et seq*.  This Court has subject matter jurisdiction over this claim pursuant to 28 U.S.C. §§1331 and 1338.

9.    This Court has personal jurisdiction over Defendants because Defendants regularly conduct business in the State of California, and more specifically in the Central District of California.

10.    Venue is proper in the Central District of California pursuant to 28 U.S.C. §§1391(b), (c) and 1400(b).

## FACTUAL ALLEGATIONS

11.    Upon information and belief, Slim Mils is a pseudonym for Defendant ROBERTO ROSARIO, who owns and/or is employed by Defendant WORLDWIDE FASHION HOLDING, LLC.

12.    Upon information and belief, Defendant JOSEPH IORIO is an individual who owns and/or is employed by Defendant WORLDWIDE FASHION HOLDING, LLC.

13.    Plaintiff RYAN AGADONI is an accomplished artist who lives and works in Whittier, California.

14.    Plaintiff RYAN AGADONI is also an accomplished web designer and has created his own website, www.agadoni.com, where he displays several of his original drawings and animations for the world to view.

15.    One of the original works of art displayed on Plaintiff RYAN AGADONI's website is a unique depiction of a man with his mouth open featuring small people running out of his head by way of his tongue titled "Escape!"  This drawing is attached to this Complaint as EXHIBIT A.

FIRST AMENDED COMPLAINT FOR DAMAGES – Page 3

16.    Plaintiff RYAN AGADONI uploaded his original work titled "Escape!" to his website, on or about November 24, 2003, where it has been widely disseminated throughout the United States and the world via the Internet continuously to this present day.

17.    On or about July 14, 2007 Plaintiff RYAN AGADONI was informed that Defendant URBAN OUTFITTERS, INC. was selling a T-shirt with a graphical print that was substantially similar to his original work of art titled "Escape!"

18.    On or about August 2, 2007 Plaintiff RYAN AGADONI purchased the above-mentioned T-shirt from Defendant URBAN OUTFITTERS, INC's store located at 1440 Third St. Promenade, Santa Monica, California 90401. A true and correct copy of a photograph of the T-shirt is attached to the Complaint as EXHIBIT B.

19.    The tag of the T-shirt purchased by Plaintiff RYAN AGADONI from Defendant URBAN OUTFITTERS, INC. on August 2, 2007 displayed a stylized trademark and the wordmark "BRINCA." A true and correct copy of a photograph of the T-shirt's tag is attached to the Complaint as EXHIBIT C.

20.    The United States Patent and Trademark Office records reveal that Defendant WORLDWIDE FASHION HOLDING, LLC was issued a federal registration for a stylized trademark identical to the one found on the tag of the shirt purchased by Plaintiff RYAN AGADONI from Urban Outfitters on August 2, 2007. A true and correct copy of the United State Patent and Trademark record is attached as EXHIBIT D.

21.    Plaintiff RYAN AGADONI was issued Federal Copyright Registration Number VAu000958448 for his original work of art titled "Escape!" on September 10, 2007. A true and correct copy of this registration is attached to this Complaint as EXHIBIT E.

///

FIRST AMENDED COMPLAINT FOR DAMAGES – Page 4

22.     Another original work created by Plaintiff RYAN AGADONI depicts a monkey wading through water with a crooked grin showing several teeth.  A true and correct copy of this original work titled "monkey wades" is attached as EXHIBIT F.

23.     Plaintiff RYAN AGADONI uploaded his original work titled "monkey wades" to his website on or about June 11, 2004, where it has been widely disseminated throughout the United States and the world via the Internet continuously to this present day.

24.     Plaintiff RYAN AGADONI was issued Federal Copyright Registration Number VAu000977479 for his original work of art titled "monkey wades" on December 12, 2008.   A true and correct copy of this registration is attached to this Complaint as EXHIBIT G.

25.     Another original work created by Plaintiff RYAN AGADONI features two characters: a "thumbs-up" character getting shot by the other character.  A true and correct copy of this original work titled "got 'im!" is attached to this Complaint as EXHIBIT H.

26.     Plaintiff RYAN AGADONI uploaded his original work titled "got 'im!" to his website on or about June 11, 2004, where it has been widely disseminated throughout the United States and the world via the Internet continuously to this present day.

27.     Plaintiff RYAN AGADONI was issued Federal Copyright Registration Number VAu000977479 for his original work of art titled "got 'im!" on December 12, 2008.  A true and correct copy of this registration is attached to this Complaint as EXHIBIT G.

28.     Another original work created by Plaintiff RYAN AGADONI features a pitiful-looking, solitary character below the word "boo" in a cartoon bubble.  A true and correct copy of this original work titled "boo buddy Jon" is attached to this Complaint as EXHIBIT I.

29.   Plaintiff RYAN AGADONI uploaded his original work titled "boo buddy Jon" to his website on or about June 11, 2004, where it has been widely disseminated throughout the United States and the world via the Internet continuously to this present day.

30.   Plaintiff RYAN AGADONI was issued Federal Copyright Registration Number VAu000977479 for his original work of art titled "boo buddy Jon" from the United Stated Copyright Office December 12, 2008. A true and correct copy of this registration is attached to this Complaint as EXHIBIT G.

31.   The website, www.6rinca.com is registered to Defendant ROBERTO ROSARIO and is used to promote a variety of clothing items, including the brand BRINCA. The website also displays a variety of art work, including several works that comprise cut-and-paste copies of Plaintiff RYAN AGADONI's original art work with only minor alterations. A true and correct copy of a screenshot of this website is attached to this Complaint as EXHIBIT J.

32.   Defendant AMAZON.COM INTERNATIONAL, INC. sells BRINCA brand T-shirts, several of which feature cut-and-paste copies of the crooked grin showing several teeth from Plaintiff RYAN AGADONI's original work titled "monkey wades." A true and correct copy of a screenshot from Defendant AMAZON.COM INTERNATIONAL, INC.'s website showing BRINCA T-shirts for sale is attached to this Complaint as EXHIBIT K.

## FIRST CAUSE OF ACTION

### (Against all Defendants for Copyright Infringement)

33.   Plaintiff hereby incorporates by reference each and every allegation contained in the paragraphs 1 through 32 as though fully set forth herein, and makes the following allegations on information and belief.

///

FIRST AMENDED COMPLAINT FOR DAMAGES – Page 6

34.     Plaintiff RYAN AGADONI is the true author of the original works titled "Escape!," "monkey wades," "got im!," "boo buddy Jon,"  and others.

35.     Plaintiff RYAN AGADONI reserves all rights related to his copyrights in the works titled "Escape!" "monkey wades," "got im!," "boo buddy Jon," and others.

36.     Without a license, or permission from Plaintiff RYAN AGADONI, Defendants, including WORLDWIDE FASHION HOLDING, INC., URBAN OUTFITTERS, INC., AMAZON.COM INTERNATIONAL, INC., JOSEPH IORIO, ROBERTO ROSARIO, and DOES 1 though 10 inclusive, unlawfully copied Plaintiff RYAN AGADONI's original work titled "Escape!" and unlawfully manufactured, distributed, and sold to the public infringing T-shirts and other apparel displaying the copyrighted, original art of Plaintiff RYAN AGADONI. (Compare EXHIBIT A to EXHIBIT B).

37.     Without a license, or permission from Plaintiff RYAN AGADONI, Defendants, including WORLDWIDE FASHION HOLDING, INC., URBAN OUTFITTERS, INC.,AMAZON.COM INTERNATIONAL, INC., JOSEPH IORIO, ROBERTO ROSARIO, and DOES 1 though 10 inclusive, unlawfully made direct cut-and-paste copies of the crooked grin showing several teeth directly from Plaintiff RYAN AGADONI's original work titled "monkey wades" and unlawfully manufactured, distributed, and sold to the public infringing T-shirts and other apparel displaying the copyrighted, original art of Plaintiff RYAN AGADONI. (Compare EXHIBIT F with EXHBIT C, EXHIBIT J, EXHIBIT K, EXHIBIT J, EXHIBIT L, EXHIBIT M, EXHIBIT N, EXHIBIT O, and EXHIBIT P).

38.     Without a license, or permission from Plaintiff RYAN AGADONI, Defendants, including WORLDWIDE FASHION HOLDING, INC., URBAN OUTFITTERS, INC., AMAZON.COM INTERNATIONAL, INC., JOSEPH IORIO, ROBERTO ROSARIO, and DOES 1 though 10 inclusive, unlawfully

made direct cut-and-paste copies of the "thumbs-up" character from Plaintiff RYAN AGADONI's original work titled "got 'im!" and unlawfully manufactured, distributed, and sold to the public infringing T-shirts and other apparel displaying the copyrighted, original art of Plaintiff RYAN AGADONI. (Compare EXHIBIT H with the "thumbs-up" character that appears three times in EXHBIT J).

39.    Without a license, or permission from Plaintiff RYAN AGADONI, Defendants, including WORLDWIDE FASHION HOLDING, INC., URBAN OUTFITTERS, INC. AMAZON.COM INTERNATIONAL, INC., JOSEPH IORIO, ROBERTO ROSARIO, and DOES 1 though 10 inclusive, unlawfully made direct cut-and-paste copies of the character from Plaintiff RYAN AGADONI's original work titled "boo buddy Jon" changing only the mouth and eyes and unlawfully manufactured, distributed, and sold to the public infringing T-shirts and other apparel displaying the copyrighted, original art of Plaintiff RYAN AGADONI. (Compare EXHIBIT I with the EXHIBIT L).

40.    All Defendants had access to Plaintiff's original works of art that are displayed on his website, www.agadoni.com, including Plaintiff's original works titled "Escape!," "Monkey Wades," "got 'im!," and "boo buddy Jon."

41.    The works displayed in EXHIBIT B, EXHIBIT C, EXHIBIT J, EXHIBIT K, EXHIBIT L EXHIBIT M, EXHIBIT N, EXHIBIT O, and EXHIBIT P all contain cut-and-paste copies from the original works of Plaintiff RYAN AGADONI, in whole or part, and therefore are substantially similar to the original, copyrighted works of Plaintiff RYAN AGADONI.

## SECOND CAUSE OF ACTION

**(Against all Defendants for Vicarious Copyright Infringement)**

42.    Plaintiff hereby incorporates by reference each and every allegation contained in the paragraphs 1 through 41, as through fully set forth herein, and makes the following allegations on information and belief.

43.    Defendants WORLDWIDE FASHION HOLDING, INC., URBAN OUTFITTERS, INC., AMAZON.COM INTERNATIONAL, INC., JOSEPH IORIO, ROBERTO ROSARIO, and DOES 1 though 10 inclusive, directly profited and continue to profit from, the unlawful copying by unlawful copiers and/or manufacturers, when WORLDWIDE FASHION HOLDING, INC., URBAN OUTFITTERS, INC., AMAZON.COM INTERNATIONAL, INC., JOSEPH IORIO, ROBERTO ROSARIO, and DOES 1 though 10 inclusive, sell infringing T-shirts, and other apparel displaying the infringing art, for a profit.

44.    Defendants URBAN OUTFITTERS, INC., and DOES 1 through 10 inclusive, own and operate several retail stores throughout the United States and the world.

45.    Defendants URBAN OUTFITTERS, INC., and DOES 1 through 10 inclusive, have direct control of the merchandise offered for sale in their respective retail stores located across the United States and throughout the world.

46.    Defendants WORLDWIDE FASHION HOLDING, LLC, ROBERTO ROSARIO, JOSEPH IORIO, and DOES 1 through 10 inclusive, sell T-shirts and other apparel through Internet websites such as www.japeuro.com, www.thebnr.com, www.flymode.com, www.6rinca.com.

47.    Defendants WORLDWIDE FASHION HOLDING, LLC, ROBERTO ROSARIO, JOSEPH IORIO, and DOES 1 through 10 inclusive, have direct control of merchandise offered for sale throughout the world online through their websites and other distribution channels.

48.    Defendants AMAZON.COM INTERNATIONAL, INC., and DOES 1 through 10 inclusive, sell infringing T-shirts and other apparel through, *inter alia*, the Internet website www.amazon.com.

FIRST AMENDED COMPLAINT FOR DAMAGES – Page 9

49.     Defendants AMAZON.COM INTERNATIONAL, INC., and DOES 1 through 10 inclusive, have direct control of the merchandise offered for sale throughout the world online through their website(s).

## THIRD CAUSE OF ACTION

### (Against All Defendants for Inducement of Copyright Infringement)

50.     Plaintiff hereby incorporates by reference each and every allegation contained in the paragraphs 1 through 49, as through fully set forth herein, and makes the following allegations on information and belief.

51.     Defendant URBAN OUTFITTERS, INC., and DOES 1 through 10 inclusive, knew or had reason to know that the artwork displayed on the infringing T-shirt pictured in EXHIBIT B, and others, was not an original work of their employees or suppliers.

52.     By providing the economic incentive to the infringers, URBAN OUTFITTERS, INC., and DOES 1 through 10 inclusive, materially contributed to the infringing activity.

53.     Defendants WORLDWIDE FASHION HOLDING, LCC, ROBERTO ROSARIO, JOSEPH IORIO, and DOES 1 through 10 inclusive, knew or had reason to know that the artwork displayed on the infringingT-shirt pictured in EXHIBITS B, C, J, K, L, M, N, O, P, and others, was not an original work of their employees or suppliers.

54.     By providing the economic incentive to the infringers, Defendants WORLDWIDE FASHION HOLDING, LCC, ROBERTO ROSARIO, JOSEPH IORIO, LLC, and DOES 1 through 10 inclusive, materially contributed to the infringing activity.

///

FIRST AMENDED COMPLAINT FOR DAMAGES – Page 10

55.     Defendants AMAZON.COM INTERNATIONAL, INC., and DOES 1 through 10 inclusive, knew or had reason to know that the artwork displayed on the infringing T-shirt pictured in EXHIBIT K, and others, was not an original work of their employees or suppliers.

56.     By providing the economic incentive to the infringers, Defendants AMAZON.COM INTERNATIONAL, INC., and DOES 1 through 10 inclusive, materially contributed to the infringing activity.

## **PRAYER FOR RELIEF**

**WHEREFORE,** Plaintiff prays for judgment against the Defendants, and each of them, as follows:

A.   That Defendants have intentionally infringed Plaintiff RYAN AGADONI's original works of art.

B.   That Defendants are jointly and severally liable for the intentional direct, vicarious and contributory infringement of Plaintiff RYAN AGADONI's registered copyrights of his original works of art.

C.   That preliminary and permanent injunctions issue restraining and enjoining Defendants and their officers, agents, successors and assigns, and all others acting in privity or concert with them, from any acts which constitutes direct, vicarious, and/or contributory infringement of Plaintiff RYAN AGADONI's registered copyrights of his original works of art.

D.   That the Court award damages to Plaintiff RYAN AGADONI in an amount to be proved at trial according to 17 U.S.C. § 504(b).

E.   That the Court award statutory damages to Plaintiff RYAN AGADONI in an amount to be proven at trial according to 17 U.S.C. § 504(c).

F.     That the Court award Plaintiff RYAN AGADONI the cost of filing and prosecuting this action and reasonable attorneys' fees authorized by 17 U.S.C.§ 505.

G.     That the Defendants be ordered to surrender for destruction all infringing T-shirts and other apparel displaying artwork that infringes Plaintiff RYAN AGADONI's registered copyrights of the original works, in whole or part.

H.     For such other relief as the Court deems necessary and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, demand is hereby made for trial by jury on all issues triable to a jury.

Dated this 13th day of January, 2010

By: _____

Kevin M. Welch, Esq. (SBN 254565)

LAW OFFICE OF KEVIN M. WELCH
P.O. Box 494
Hermosa Beach, CA 90245
Tel.: (310) 929-0553
Email:Kevin@kmwlawoffice.com

FIRST AMENDED COMPLAINT FOR DAMAGES – Page 12

# EXHIBIT A



Exhibit A, Page 13, of 29

# EXHIBIT B

# EXHIBIT C

# EXHIBIT D



**United States Patent and Trademark Office**

Home Site Index Search FAQ Glossary Guides Contacts eBusiness eBiz alerts News Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Jan 8 04:01:38 EST 2010*



Logout Please logout when you are done to release system resources allocated for you.

Start List At: OR Jump to record: **Record 2 out of 4**

( Use the "Back" button of the Internet Browser to return to TESS)



| | |
|---|---|
| **Word Mark** | BRINCA BRINCA |
| **Goods and Services** | (ABANDONED) IC 025. US 022 039. G & S: Clothing, games, video, TV, accessories, logos. FIRST USE: 20010101. FIRST USE IN COMMERCE: 20061201 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 02.01.33 - Grotesque men formed by letters, numbers, punctuation or geometric shapes; Stick figures<br>03.21.05 - Alligators; Crocodiles<br>04.07.03 - Geometric figures or combinations of geometric figures representing a person; Geometric figures representing a person; Geometric shapes forming a person; Person formed by geometric shapes<br>26.11.02 - Plain single line rectangles; Rectangles (single line)<br>26.11.20 - Rectangles inside one another<br>26.11.21 - Rectangles that are completely or partially shaded<br>26.11.28 - Miscellaneous designs with overall rectangular shape; Rectangular shapes (miscellaneous overall shape) |
| **Serial Number** | 76674101 |
| **Filing Date** | March 15, 2007 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) Worldwide Fashion Holding LLC LTD LIAB CO NEW YORK 246 West 38th Street New York City NEW YORK 10018 |
| **Description of Mark** | Color is not claimed as a feature of the mark. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | DEAD |
| **Abandonment Date** | January 4, 2008 |



Exhibit D, Page 16, of 29

# EXHIBIT E

Type of Work:          Visual Material

Registration Number / Date:
                       VAu000958448 / 2007-09-10

Application Title: "Escape!".

Title:                 "escape!".

Description:           Printout of artwork.

Copyright Claimant:
                       Ryan William Agadoni, 1981-  .

Date of Creation:  2003

Authorship on Application:
                       Ryan William Agadoni, 1981-  ;  Citizenship: United States.
                          Authorship: 2-Dimensional artwork.

Names:                 Agadoni, Ryan William, 1981-

Exhibit E, Page 16, of 29

EXHIBIT F



Exhibit F, Page 18, of 29

EXHIBIT G

Type of Work:        Visual Material

Registration Number / Date:
                     VAu000977479 / 2008-12-18

Application Title: Agadoni.com.

Title:               Agadoni.com.

Description:         Electronic file (eService)

Copyright Claimant:
                     Ryan William Agadoni.

Date of Creation:  2003

Authorship on Application:
                     Ryan William Agadoni; Domicile: United States; Citizenship:
                       United States. Authorship: 2-D artwork.

Previous Registration:
                     2007, VAu000958448.

Pre-existing Material:
                     2-D artwork, 1 previously registered work (my own)

Basis of Claim:      2-D artwork, photograph(s), art.

Rights and Permissions:
                     Ryan William Agadoni, 15851 Landmark Dr., Apt. 6, Whittier,
                       CA, 90604, United States, (562) 252-6090,
                       ryan.agadoni@biola.edu

Copyright Note:     C.O. correspondence.

Names:               Agadoni, Ryan William

Exhibit G, Page 19, of 29

EXHIBIT H



Exhibit H, Page 20, of 29

EXHIBIT I



Exhibit I, Page 21, of 29

EXHIBIT J



EXHIBIT K



Ad feedback



**Brinca Heather Felix Cokehead Grey Tee** by Brinca
Buy new: **$25.00**
Clothing & Accessories: See all 14 items

**Brinca Princess Heather Gray Tee** by Brinca
Buy new: **$24.99**
Clothing & Accessories: See all 14 items

**Brinca Monkey Bling Black Tee** by Brinca
Buy new: **$19.99**
Clothing & Accessories: See all 14 items

**Brinca Monkey Bling White Tee** by Brinca
Buy new: **$19.99**
Clothing & Accessories: See all 14 items

**Brinca Papers Red Tee** by Brinca
Buy new: **$24.99**
Clothing & Accessories: See all 14 items

**Osama BIN Laden Bin Coming to You T-shirt Brinca** by Brinca
Buy new: **$19.99**
Clothing & Accessories: See all 14 items

SPONSORED LINKS (What's this?)

- **American Eagle Outfitters**
  www.ae.com/Jeans  -  Fit Happens at American Eagle. Shop Now for Men's & Women's Jeans.
- **Jackets at Eddie Bauer**
  www.EddieBauer.com  -  The Outerwear Experts Since 1920. Free Shipping on $100+ Orders.
- **Clothing**
  www.zazzle.com  -  Choose from Thousands of Designs. Fall Special - Free Shipping.

**Search Feedback**

Did you find what you were looking for?   Yes |   No |

If you need help or have a question for Customer Service, please visit the Help Section.

Search powered by A9

Exhibit K, Pages 23-24, of 29

# EXHIBIT L



EXHIBIT M



Exhibit M, Page 26, of 29

# EXHIBIT N



Exhibit N, Page 27, of 29

EXHIBIT O



EXHIBIT P



Exhibit P, Page 29, of 29